UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT FERNANDEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:19-cv-01638-SNLJ |
| | ) | |
| ST. LOUIS COUNTY, MISSOURI, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The matter is before the Court on Plaintiff's Motion for Preliminary Injunction as to the Vagrancy Ordinance of St. Louis County, Missouri, Count III of Plaintiff's Complaint.

Plaintiff brings a facial and as-applied challenge under the due process clause of the Fourteenth Amendment.

The parties consent to the granting of a preliminary injunction as to Sections 716.080 and 716.090 of the St. Louis County Revised Ordinances

IT IS HEREBY ORDERED that St. Louis County, Missouri is enjoined from enforcement of its Vagrancy Ordinance No. 3729, enacted 10-28-1965, and codified at Sections 716.080 and 716.090 of the St. Louis County Revised Ordinances.

Dated this _10th_ day of October, 2019.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT COURT