IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROBERT FERNANDEZ, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:19-CV-01638-SNLJ ) ) |
| ST. LOUIS COUNTY, MISSOURI, | ) ) |
| Defendant. | ) ) |

## AFFIDAVIT OF JERICKA JOHNSON

Comes Now Affiant, Jericka Johnson, License Division Manager for St. Louis County Department of Revenue, first being duly sworn, and states and declares as follows:

1. I am an adult resident of the State of Missouri, I am over 21 years of age, and I am competent to provide this affidavit. This affidavit is based upon my personal knowledge.

2. I am employed as the License Division Manager for the St. Louis County Department of Revenue, and have served in this capacity since May 2019; prior to serving as License Division Manager, I served as the Office Services Coordinator, beginning in 2012.

3. Individuals soliciting financial assistance are required to obtain a license.

4. Individuals engaged in solicitation for nonprofit organizations must submit initial registrations forms and annual reports, a process that is considerably more complex than applications for a solicitation license by an individual solicitor.

5. If an individual desired to obtain financial contributions for a political campaign, by either standing next to a County roadway or through door-to-door solicitation, either a license or nonprofit registration and identification card is required by St. Louis County, Missouri.



DEFENDANT'S EXHIBIT A PAGES 1-3

6. I often receive citizen calls inquiring if individuals soliciting money at various intersections in St. Louis County have been issued solicitation licenses.

7. Robert Fernandez has been issued a total of three licenses by the County License Division: 10/16/2018 – 04/16/2019 (License #3371); 03/29/2019 – 09/29/2019 (License #3483); 09/30/2019 – 03/30/2020 (License #3649).

8. To obtain a license to solicit for financial assistance, an application is required pursuant to Section 804.110 of the Ordinances; however, applicants who are homeless are not denied solicitation licenses because they lack a permanent address.

9. The cost to obtain a solicitation license is thirteen dollars ($13).

10. Solicitation licenses are valid for six months from the date of issuance.

11. A validly licensed solicitor may engage in the business of solicitation anywhere in unincorporated St. Louis County during the entire term of the license, with the exception of Schedule I Designated Intersections, which are sites of high traffic volume; at these designated intersections, solicitation by either individuals or organizations are allowed on three calendar days of any year.

12. Many solicitors apply for licenses at the Schedule I Designated Intersections, and to allow unbridled access to these particular intersections, would impede the movement of traffic and jeopardize the safety of motorists and pedestrians.

13. Background checks are performed on all applicants for solicitor licenses for public assistance, to protect the public safety and welfare.

14. A solicitor who possesses a license and identification card issued by a State agency does not also need to obtain a license from the County.

**FURTHER AFFIANT SAYETH NOT.**

_____
JERICKA JOHNSON

STATE OF MISSOURI )
) SS
COUNTY OF ST. LOUIS )

The foregoing was subscribed and sworn to before me this 10th day of February, 2020.

_____
Notary Public

My Commission expires: 4-15-2021

```
ROBERT E. FOX JR.
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
ST. LOUIS COUNTY
MY COMMISSION EXPIRES: APRIL 15, 2021
COMMISSION # 13691757
```

3