UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROBERT A. FERNANDEZ, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:19-cv-01638-SNLJ |
| ST. LOUIS COUNTY, MISSOURI, | ) ) ) |
| Defendant. | ) ) |

## ORDER

Plaintiff's motion for hearing on his preliminary injunction (ECF #12) and motion for preliminary injunction (ECF #23) are **DENIED AS MOOT**. "The purpose of a preliminary injunction is merely to preserve the relative positions of the parties until a trial on the merits can be held." *University of Texas v. Camenisch*, 451 U.S. 390, 395 (1981). At this juncture, the case has been submitted for trial on the briefs as well as a set of stipulated facts. According to those facts, all future "court dates were cancelled" relating to plaintiff's ordinance violations at issue in this case, and "the date of plaintiff's last arrest was August 22, 2019"—shortly after this case was filed. Moreover, "[a] County municipal judge dismissed all then pending citations on December 18, 2019, following Fernandez's motion to dismiss, which raised the same arguments as to the ordinances' defects as Fernandez raises in this matter." There is, thus, nothing to preserve in the interim while this Court makes a final decision on the parties' briefing and stipulated facts.

So ordered this 13th day of October 2020.

                                              _____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE