# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

ROBERT FERNANDEZ,         )
                                  )
          Plaintiff,       )
                                  )
v.                            )        Case No. 4:19-cv-01638-SNLJ
                                  )
ST. LOUIS COUNTY, MISSOURI,   )
                                  )
          Defendant.     )

## JUDGMENT

In accordance with the memorandum and order entered today, and Fed. R. Civ. P. 58, **JUDGMENT** is hereby granted as follows:

**On Count I**, in favor of plaintiff and against defendant. The following provisions are hereby severed from the St. Louis County Peddlers and Solicitors Code, Chapter 804, and defendant is prohibited from enforcing them:

(1) the prohibition on "soliciting property or financial assistance of any kind" without a license, as contained in sections 804.030(4)(c)(i) and 804.050; and

(2) section 804.165, Restriction of Solicitation at Designated Intersections.

**On Count II**, in favor of plaintiff and against defendant. Section 1209.090.1 is hereby severed from the St. Louis County Traffic Code, Chapter 1209, and defendant is prohibited from enforcing section 1209.090.1.

**On Count III**, in favor of plaintiff and against defendant. Sections 716.080 and 716.090 are hereby severed from the St. Louis County Petty Offenses Code, Chapter 716, and defendant is prohibited from enforcing sections 716.080 and 716.090.

**On Count IV**, in favor of defendant and against plaintiff.

**On Count V**, in favor of plaintiff and against defendant.  Judgment is entered in plaintiff's favor in the amount of $150,000.00.

**On Count VI**, in favor of defendant and against plaintiff.

Plaintiff is entitled to attorneys' fees and costs from defendant under 42 U.S.C. § 1988 in the amount of $138,515.00.

Dated this 11th day of May, 2021.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE