AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri ☑

ROBERT FERNANDEZ )
)
v. ) Case No.:4:19-CV-01638-SNLJ
ST. LOUIS COUNTY, MISSOURI )
)
)

## BILL OF COSTS

Judgment having been entered in the above entitled action on  05/14/2021  against  St. Louis County ,
                                                                  Date
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 400.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 381.00 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL $ | 781.00 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service          ☐ First class mail, postage prepaid

☐ Other:  _____

s/ Attorney:  W. Bevis Schock, 32551MO

Name of Attorney: W. Bevis Schock

For:  Robert Fernandez           Date:  05/14/2021
      *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By:  _____

*Clerk of Court*          *Deputy Clerk*          *Date*

# UNITED STATES DISTRICT COURT

| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

**Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)**

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

**From:** sandy@schocklaw.com
**Sent:** Wednesday, June 05, 2019 4:05 PM
**To:** Moed_AutoSend@moed.uscourts.gov
**Subject:** MOED_ECF_Notification@moed.uscourts.gov
Activity in Case 4:19-cv-01638 Fernandez v. St. Louis County Complaint

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of Missouri

Notice of Electronic Filing

The following transaction was entered by Schock, W. on 6/5/2019 at 4:04 PM CDT and filed on 6/5/2019

**Case Name:** Fernandez v. St. Louis County
**Case Number:** 4:19-cv-01638
**Filer:** Robert A Fernandez
**Document Number:** 1
**Judge(s) Assigned:** None (Assignment will be completed shortly.)

Docket Text:
COMPLAINT against defendant St. Louis County with receipt number AMOEDC-7259440, in the amount of $400 Jury Demand, filed by Robert A Fernandez. (Attachments: # (1) Attachment Exhibit List, # (2) Exhibit Ex.1.Website version of County Code Chapter 804, # (3) Exhibit Ex.2.Certified copy of Ordinance No. 6201, # (4) Exhibit Ex.3.Certified copy of Ordinannce No. 13091, # (5) Exhibit Ex.4.Certified Copy of Ordinannce No. 14,722, # (6) Exhibit Ex..Certified copy of Ordinannce No. 21,507, # (7) Exhibit Certified copy of Ordinance No. 20,361, # (8) Exhibit Certified copy of Ordinance No. 21,028, # (9) Exhibit Ex.8.Certified copy of Ordinance No. 21,613, # (10) Exhibit Ex.9.Certified copy of Ordinance No. 21,834, # (11) Exhibit Ex.10.Certified copy of Ordinance No. 22,767, # (12) Exhibit Ex.11.Certified copy of Ordinance No. 23,112, # (13) Exhibit Ex.12.Certified copy of Ordinance No. 23,268, # (14) Exhibit Ex.13.Certified copy of Ordinance No. 23,731, # (15) Exhibit Ex.14.Certified copy of Ordinance No. 24,089, # (16) Exhibit Ex.15.Certified copy of Ordinance No. 24,769, # (17) Exhibit Ex.16.Certified copy of

1

# INVOICE



**ALARIS**
Litigation Services
800-280-3376

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 119256 | 2/6/2020 | 87429 |
| **Job Date** | **Case No.** | |
| 1/31/2020 | 419CV01638SNJL | |
| **Case Name** | | |
| Robert Fernandez v St Louis County Missouri | | |
| **Payment Terms** | | |
| Net 30, After 30 Add 1.5% Finance Charge | | |

Bevis Schock
Bevis Schock Attorney at Law
Suite 1300
7777 Bonhomme Avenue
Saint Louis, MO  63105

1 CERTIFIED COPY OF TRANSCRIPT OF:
    Robert Fernandez                                     166.00 Page      @        2.25         373.50
        Archive                                                                     7.50           7.50

                                                        **TOTAL DUE >>>**                       **$381.00**

slm

**Tax ID:** 43-1699962

*Please detach bottom portion and return with payment.*

Bevis Schock
Bevis Schock Attorney at Law
Suite 1300
7777 Bonhomme Avenue
Saint Louis, MO  63105

Invoice No.    : 119256
Invoice Date   : 2/6/2020
**Total Due**  : **$381.00**

Remit To:  **Alaris Litigation Services**
           **800-280-3376**
           **P.O. Box 66936**
           **Saint Louis, MO  63166-6936**

Job No.    : 87429
BU ID      : STL
Case No.   : 419CV01638SNJL
Case Name  : Robert Fernandez v St Louis County Missouri