**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| ROBERT FERNANDEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:19-cv-01638-SNLJ |
| | ) |
| ST. LOUIS COUNTY, MISSOURI, | ) |
| | ) |
| Defendant. | ) |

### SATISFACTION OF JUDGMENT

COMES NOW Plaintiff Robert Fernandez and acknowledges full and complete satisfaction of the judgment in this case.

*Co-Counsel for Plaintiff Robert Fernandez*

/s/ Hugh A. Eastwood
Hugh A. Eastwood, 62058MO
Attorney at Law
7911 Forsyth Blvd., Ste. 300
St. Louis, Missouri 63105-3825
hugh@eastwoodlawstl.com
(314) 809 2343
(314) 863 5335 Fax

/s/ W. Bevis Schock
W. Bevis Schock, 32551MO
Attorney at Law
7777 Bonhomme Ave., Ste. 1300
St. Louis, MO 63105
wbschock@schocklaw.com
Fax:    314-721-1698
Voice: 314-726-2322

So ordered:

_____
Judge